**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHICAGO NEWSPAPER LIQUIDATION CORP., *et al.*,[1] | ) | Case No. 09-11092 (CSS) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF AMENDED[2] AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON DECEMBER 22, 2009 AT 2:00[3] P.M. (ET)**

---

**NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED**

---

**PER THE REQUEST OF THE COURT, THE HEARING TIME HAS BEEN**
**RESCHEDULED FROM 3:30 P.M. TO 2:00 P.M.**

---

**UNCONTESTED MATTERS GOING FORWARD**

1.      Debtors' First Omnibus (Non-Substantive) Objection to Claims [D.I. 646; 11/20/09]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Chicago Newspaper Liquidation Corp. f/k/a Sun-Times Media Group, Inc. (8892); American Publishing (1991) LLC (9303); American Publishing Company LLC (5797); American Publishing Management Services, Inc. (7433); APAC-95 Oklahoma Holdings, Inc. (1123); CNLC-CSM, LLC f/k/a Centerstage Media, LLC (1160); Chicago Group Acquisition LLC (4250); CNLC-Features, Inc. f/k/a Chicago Sun-Times Features, Inc. (9928); CNLC-CST LLC f/k/a Chicago Sun-Times LLC (7749); CNLC-Digital, Inc. f/k/a Digital Chicago Inc. (0626); CNLC-Fox Valley LLC f/k/a Fox Valley Publications LLC (2434); HGP, Partnership (4292); HIPI (2002) Inc. (3946); Hollinger Australian Holdings Limited (3321); Hollinger International Publishing Inc. (0603); HTH Benholdco LLC (8274); HTH Holdings Inc. (8275); HTNM LLC (0714); HTPC Corporation (9332); LHAT Corporation (8117); Meridian Star, Inc. (3390); CNLC-Midwest, Inc. f/k/a Midwest Suburban Publishing, Inc (1455); Northern Miner U.S.A., Inc. (5174); Oklahoma Airplane LLC (1123); CNLC-Pioneer, Inc. f/k/a Pioneer Newspapers Inc. (0502); CNLC-Reach LLC f/k/a Reach Chicago LLC (4252); Sun Telemarketing LLC (8780); CNLC-Distribution Systems, Inc. f/k/a Sun-Times Distribution Systems, Inc. (9838); CNLC-PRD, Inc. f/k/a Sun-Times PRD Inc. (8118); TAHL (2002) Inc. (3945); The Johnstown Tribune Publishing Company (7927); CNLC-PT LLC f/k/a The Post-Tribune Company LLC (7370); The Red Streak Holdings Company (9358); CNLC-STC, Inc. f/k/a The Sun-Times Company (7751); XSTMHoldings LLC (9284).  The location of the Debtors' corporate headquarters and the service address for all Debtors is: 350 N. Orleans St., Floor 10-S, Chicago, IL 60654.

[2]     **All amended items appear in bold.**

[3]     **The hearing time has been changed from 3:30 p.m. (ET) to 2:00 p.m. (ET).**

**Related Documents:**

**A.      Certification of No Objection [D.I. 696; 12/21/09]**

**B.      Order Sustaining Debtors' First Omnibus Objection to Claims [D.I. 704; 12/22/09]**

Response/Objection Deadline:                December 15, 2009 at 4:00 p.m.

Responses/Objections Received:            None

Status: Claims binders were submitted to the Court on December 8, 2009.  **An order has been entered.  No hearing is required.**

2.      Debtors' Second Omnibus (Substantive) Objection to Claims [D.I. 647; 11/20/09]

**Related Documents:**

**A.      Certification of No Objection [D.I. 697; 12/21/09]**

**B.      Order Sustaining Debtors' Second Omnibus Objection to Claims [D.I. 703; 12/22/09]**

Response/Objection Deadline:                December 15, 2009 at 4:00 p.m.

Responses/Objections Received:            None

Status: Claims binders were submitted to the Court on December 8, 2009.  **An order has been entered.  No hearing is required.**

3.      Interim Fee Application Request of Seyfarth Shaw LLP [D.I. 672; 12/1/09]

Related Documents:

A.      First Interim Application of Seyfarth Shaw LLP for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2009 through September 30, 2009 [D.I. 571; 10/21/09]

B.      Certification of No Objection Regarding Docket No. 571 [D.I. 611; 11/11/09]

**C.      Certification of No Objection Regarding Docket No. 672 [D.I. 698; 12/21/09]**

**D.      Order Approving Interim Application of Seyfarth Shaw LLP for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2009 through September 30, 2009 [D.I. 702; 12/22/09]**

Response/Objection Deadline:                December 15, 2009 at 4:00 p.m.

Responses/Objections Received:            None

DB02:9048840.2                                                                                            068197.1001

Status: **An order has been entered. No hearing is required.**

4.     Debtors' Supplemental Application for Entry of Order Authorizing the Employment and Retention of Huron Consulting Group as Restructuring Advisor to the Debtors [D.I. 676; 12/4/09]

Related Documents:

A.     Second Supplemental Declaration of Brian Linscott, CIRA in Support of Debtors' Supplemental Application for Entry of Order Authorizing the Employment and Retention of Huron Consulting Group as Restructuring Advisor to the Debtors [D.I. 683; 12/11/09]

B.     Supplemental Declaration of James M. Lukenda, CIRA in Support of Debtors' Supplemental Application for Entry of Order Authorizing the Employment and Retention of Huron Consulting Group as Restructuring Advisor to the Debtors [D.I. 684; 12/11/09]

C.     **Certification of No Objection Regarding Docket No. 672 [D.I. 698; 12/21/09]**

D.     **Order Authorizing the Employment and Retention of Huron Consulting Group as Restructuring Advisor to the Debtors [D.I. 701; 12/22/09]**

Response/Objection Deadline:          December 15, 2009

Responses/Objections Received:          None.

Status: **An order has been entered. No hearing is required.**

Dated: December **22**, 2009
    Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Jaime N. Luton
Pauline K. Morgan (Bar No. 3650)
Edmon L. Morton (Bar No. 3856)
Sean M. Beach (Bar No. 4070)
Jaime N. Luton (Bar No. 4936)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253

- and -

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
James A. Stempel
David A. Agay
Sarah H. Seewer
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862–2000
Facsimile:    (312) 862–2200

Attorneys for the Debtors and Debtors in Possession

DB02:9048840.2                                                                            068197.1001