IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: : <br> : <br> Chicago Newspaper Liquidation Corp., et al., f/k/a : <br> Sun Times Media Group, Inc., : <br> : <br> Debtor. : <br> : | Case No. 09-11092 CSS |

## ORDER FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

AND NOW, on this _____ day of _____, 2009, came onto be considered the Motion of PRI Group, LLC for Relief from Stay, filed herein for relief from the automatic stay to permit PRI Group, LLC to enter onto the property of Fox Valley Press, an entity of the Debtor Chicago Newspaper Liquidation Corp., et al., f/k/a Sun Times Media Group, Inc., for purposes of recovering two pieces of equipment owned by PRI Group, LLC, a 48 foot trailer, and a 42 cubic yard compactor box. The Court having considered and heard the evidence and arguments of counsel, it has become the opinion of the Court that relief from the automatic stay will be allowed as requested.

IT IS THEREFORE ORDERED, adjudged and decreed that, Movants be granted relief from the stay in order to permit Movants to recover said equipment from the Debtor's property.

_____
The Honorable Christopher S. Sontchi