IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHICAGO NEWSPAPER LIQUIDATION CORP., *et al.*, | ) Case No. Case No. 09-11092 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 801** |

## THIRD ORDER EXTENDING EXCLUSIVE PERIODS SET FORTH IN BANKRUPTCY CODE § § 1121(C)(2) AND 1121(C)(3)

Upon the motion (the "Motion") of the above-captioned debtors (collectively, the "Debtors")[1] for entry of an order (the "Order") pursuant to § 1121(d) of title 11 of the United States Code (the "Bankruptcy Code") extending the periods set forth in Bankruptcy Code § § 1121(c)(2) and 1121(c)(3) during which only the Debtors may file and solicit votes to approve a plan of reorganization (together, the "Exclusive Periods"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § § 157 and 1334; and consideration of the Motion and the relief requested therein being a core

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Chicago Newspaper Liquidation Corp. f/k/a Sun-Times Media Group, Inc. (8892); American Publishing (1991) LLC (9303); American Publishing Company LLC (5797); American Publishing Management Services, Inc. (7433); APAC-95 Oklahoma Holdings, Inc. (1123); CNLC-CSM, LLC f/k/a Centerstage Media, LLC (1160); Chicago Group Acquisition LLC (4250); CNLC-Features, Inc. f/k/a Chicago Sun-Times Features, Inc. (9928); CNLC-CST LLC f/k/a Chicago Sun-Times LLC (7749); CNLC-Digital, Inc. f/k/a Digital Chicago Inc. (0626); CNLC-Fox Valley LLC f/k/a Fox Valley Publications LLC (2434); HGP, Partnership (4292); HIPI (2002) Inc. (3946); Hollinger Australian Holdings Limited (3321); Hollinger International Publishing Inc. (0603); HTH Benholdco LLC (8274); HTH Holdings Inc. (8275); HTNM LLC (0714); HTPC Corporation (9332); LHAT Corporation (8117); Meridian Star, Inc. (3390); CNLC-Midwest, Inc. f/k/a Midwest Suburban Publishing, Inc (1455); Northern Miner U.S.A., Inc. (5174); Oklahoma Airplane LLC (1123); CNLC-Pioneer, Inc. f/k/a Pioneer Newspapers Inc. (0502); CNLC-Reach LLC f/k/a Reach Chicago LLC (4252); Sun Telemarketing LLC (8780); CNLC-Distribution Systems, Inc. f/k/a Sun-Times Distribution Systems, Inc. (9838); CNLC-PRD, Inc. f/k/a Sun-Times PRD Inc. (8118); TAHL (2002) Inc. (3945); The Johnstown Tribune Publishing Company (7927); CNLC-PT LLC f/k/a The Post-Tribune Company LLC (7370); The Red Streak Holdings Company (9358); CNLC-STC, Inc. f/k/a The Sun-Times Company (7751); XSTMHoldings LLC (9284). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 350 N. Orleans St., Floor 10-S, Chicago, IL 60654.

K&E 16319200.3

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion will benefit the Debtors' estate, their creditors and all other parties in interest; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is granted to the extent set forth herein.

2. Pursuant to Bankruptcy Code § 1121(d), the period during which only the Debtors may file a plan or plans of reorganization pursuant to § 1121(b) is hereby extended through and including June 24, 2010.

3. Pursuant to Bankruptcy Code § 1121(d), the period during which only the Debtors may solicit votes to accept a proposed chapter 11 plan filed with this Court is extended through and including August 27, 2010.

4. Nothing herein shall prejudice the Debtors' right to seek further extensions of the Exclusive Periods consistent with Bankruptcy Code § 1121(d).

5. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: 3/25, 2010
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge

K&E 16319200.3