# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CHICAGO NEWSPAPER LIQUIDATION CORP., et al.,[1] | ) Case No. 09-11092 (CSS) |
| Debtors. | ) Jointly Administered |

## FIFTH NOTICE OF REJECTION OF EXECUTORY CONTRACTS

TO:   ALL COUNTER-PARTIES TO THE EXECUTORY CONTRACTS LISTED ON THE SCHEDULE ATTACHED HERETO AS <u>EXHIBIT B</u>

**PLEASE TAKE NOTICE** that on April 28, 2009, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing and Approving Expedited Procedures for the Rejection of Executory Contracts and Unexpired Leases*, [Docket No. 126] (the "Order"), attached hereto as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the above-captioned debtors-in-possession (the "Debtors") hereby provide notice of their intent to reject the executory contract listed on the schedule attached hereto as <u>Exhibit B</u> (the "Contract").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Chicago Newspaper Liquidation Corp. f/k/a Sun-Times Media Group, Inc. (8892); American Publishing (1991) LLC (9303); American Publishing Company LLC (5797); American Publishing Management Services, Inc. (7433); APAC-95 Oklahoma Holdings, Inc. (1123); CNLC-CSM, LLC f/k/a Centerstage Media, LLC (1160); Chicago Group Acquisition LLC (4250); CNLC-Features, Inc. f/k/a Chicago Sun-Times Features, Inc. (9928); CNLC-CST LLC f/k/a Chicago Sun-Times LLC (7749); CNLC-Digital, Inc. f/k/a Digital Chicago Inc. (0626); CNLC-Fox Valley LLC f/k/a Fox Valley Publications LLC (2434); HGP, Partnership (4292); HIPI (2002) Inc. (3946); Hollinger Australian Holdings Limited (3321); Hollinger International Publishing Inc. (0603); HTH Benholdco LLC (8274); HTH Holdings Inc. (8275); HTNM LLC (0714); HTPC Corporation (9332); LHAT Corporation (8117); Meridian Star, Inc. (3390); CNLC-Midwest, Inc. f/k/a Midwest Suburban Publishing, Inc (1455); Northern Miner U.S.A., Inc. (5174); Oklahoma Airplane LLC (1123); CNLC-Pioneer, Inc. f/k/a Pioneer Newspapers Inc. (0502); CNLC-Reach LLC f/k/a Reach Chicago LLC (4252); Sun Telemarketing LLC (8780); CNLC-Distribution Systems, Inc. f/k/a Sun-Times Distribution Systems, Inc. (9838); CNLC-PRD, Inc. f/k/a Sun-Times PRD Inc. (8118); TAHL (2002) Inc. (3945); The Johnstown Tribune Publishing Company (7927); CNLC-PT LLC f/k/a The Post-Tribune Company LLC (7370); The Red Streak Holdings Company (9358); CNLC-STC, Inc. f/k/a The Sun-Times Company (7751); XSTMHoldings LLC (9284). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 350 N. Orleans St., Floor 10-S, Chicago, IL 60654.

Pursuant to the terms of the Order, absent the filing of a timely objection as described herein, the Contract shall be deemed rejected effective on the date stated in Exhibit B (the "Rejection Date") without further notice, hearing or order of the Court, and the Debtors shall be permitted to submit to the Court, under a certificate of no objection, an order authorizing such rejection.

**PLEASE TAKE FURTHER NOTICE** that, should you object to the Debtors' rejection of the Contract, you must file and serve a written objection so that such objection is filed with the Court and actually received no later than 10 days after the date that the Debtors served this Fifth Notice of Rejection of Executory Contracts (the "Notice") by the following parties (the "Objection Notice Parties"): (i) co-counsel to the Debtors: Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: David A. Agay and Sarah H. Seewer, and Young Conaway Stargatt & Taylor LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, Attn: Jaime N. Luton; (ii) co-counsel to the Official Committee of Unsecured Creditors: Cross & Simon, LLC, 913 North Market Street, 11th Floor, P.O. Box 1380, Wilmington, Delaware, 19899-1380, Attn: Christopher P. Simon, and Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey, 07068, Attn: Kenneth A. Rosen; and (iii) the Office of the United States Trustee for the District of Delaware: 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Joseph J. McMahon, Jr. Absent such an objection being filed and served in compliance with the foregoing, the rejection of the Contract shall become effective on the Rejection Date without further notice or hearing, and the Debtors shall be permitted to submit to the Court, under a certificate of no objection, an order authorizing such rejection.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served on the Objection Notice Parties as specified above, the Court will schedule a hearing to consider that objection. If the Court upholds the objection and determines the effective date of rejection

of such Contract, that date shall be the rejection date. If such objection is overruled or withdrawn or the Court does not determine the date of rejection, the rejection date of such lease, sublease or interest shall be deemed to have occurred on the Rejection Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if the Debtors have deposited monies with you as a security deposit or other arrangement, you may not off-set or otherwise use such deposit without prior authorization from the Court.

**PLEASE TAKE FURTHER NOTICE** that upon the rejection of the Contract you are required to file a rejection damages claim, if any, within 30 days after the Rejection Date.

Dated: July 26, 2010
Wilmington, Delaware

/s/ Pauline K. Morgan

Pauline K. Morgan (Bar No. 3650)
Sean M. Beach (Bar No. 4070)
Sean T. Greecher (Bar No. 4484)
Jaime N. Luton (Bar No. 4936)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571–6600
Facsimile: (302) 571–1253

- and -

James H.M. Sprayregen, P.C.
James A. Stempel
David A. Agay
Sarah H. Seewer
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862–2000
Facsimile: (312) 862–2200

Attorneys for the Debtors and Debtors in Possession