IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SUN-TIMES MEDIA GROUP, INC., *et al.*,[1] | ) Case No. 09-11092 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE THAT the Court has rescheduled the omnibus hearing originally scheduled for June 20, 2011 at 11:00 a.m. (ET) to **July 14, 2011 at 2:00 p.m.** All matters previously scheduled to be heard on June 20, 2011, including the hearing to consider the *Disclosure Statement for the Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code*, will now be heard at the hearing on July 14, 2011.

Dated: June 2, 2011
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Jaime N. Luton*
Pauline K. Morgan (Bar No. 3650)
Sean M. Beach (Bar No. 4070)
Jaime N. Luton (Bar No. 4936)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and –

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
James A. Stempel
Sarah H. Seewer
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862–2000
Facsimile: (312) 862–2200

Attorneys for the Debtors and Debtors in Possession

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sun-Times Media Group, Inc. (8892); American Publishing (1991) LLC (9303); American Publishing Company LLC (5797); American Publishing Management Services, Inc. (7433); APAC-95 Oklahoma Holdings, Inc. (1123); Centerstage Media, LLC (1160); Chicago Group Acquisition LLC (4250); Chicago Sun-Times Features, Inc. (9928); Chicago Sun-Times LLC (7749); Digital Chicago Inc. (0626); Fox Valley Publications LLC (2434); HGP, Partnership (4292); HIPI (2002) Inc. (3946); Hollinger Australian Holdings Limited (3321); Hollinger International Publishing Inc. (0603); HTH Benholdco LLC (8274); HTH Holdings Inc. (8275); HTNM LLC (0714); HTPC Corporation (9332); LHAT Corporation (8117); Meridian Star, Inc. (3390); Midwest Suburban Publishing, Inc. (1455); Northern Miner U.S.A., Inc. (5174); Oklahoma Airplane LLC (1123); Pioneer Newspapers Inc. (0502); Reach Chicago LLC (4252); Sun Telemarketing LLC (8780); Sun-Times Distribution Systems, Inc. (9838); Sun-Times PRD Inc. (8118); TAHL (2002) Inc. (3945); The Johnstown Tribune Publishing Company (7927); The Post-Tribune Company LLC (7370); The Red Streak Holdings Company (9358); The Sun-Times Company (7751); XSTMHoldings LLC (9284). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 350 N. Orleans St., Floor 10-S, Chicago, IL 60654.