# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Chicago Newspaper Liquidation Corp. f/k/a Sun Times Media Group., ET AL.,**
Case No. **09-11092**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **SONAR CREDIT PARTNERS, LLC** | **Blue Sky Marketing Group** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504**

Court Claim # (if known): **2160**
Amount of Claim: **$1,368.02**
Date Claim Filed: **2/25/2010**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: **N/A**

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

Blue Sky Marketing Group
633 Skokie Blvd
Ste 100 Ll
Northbrook, IL 60062

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg            Date: 6/10/2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF ADMINISTRATIVE EXPENSE CLAIM

TO:          United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO:     Sun Times Media Group ("Debtor"), Case No. 09-11092
(Jointly Administered under Chicago Newspaper Liquidation Corp. f/k/a Sun Times Media Group, Case No. 09-11092)

Claim #: 2160

**BLUE SKY MARKETING GROUP**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

         **SONAR CREDIT PARTNERS, LLC**
         200 Business Park Drive
         Suite 201
         Armonk, NY 10504
         Attn: Michael Goldberg
         Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $~~YYYYYYYYYY~~ $1,368.02 ("Administrative Expense Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~May~~ June 1, 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: *[signature]* | Signature: *[signature]* |
| Name: Todd Zrlin | Name: Michael Goldberg |
| Title: President | Title: Managing Member |
| Date: 6-1-11 | Date: 6/10/11 |

# Creditor Data for Claim Number 2160

Help

| Creditor:<br>Blue Sky Marketing Group<br>633 Skokie Blvd<br>Ste 100 LI<br>Northbrook, IL 60062 | Date Claim Filed: 2/25/2010<br>Claim #: 2160 |
|---|---|

Notice Party(ies):
Blue Sky Marketing Group
PO Box 546
Highland Park, IL 60035

Debtor Name: Sun-Times Media Group, Inc.
Debtor Case Number: 09-11092

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU |  |  |  |  |  |  |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  |  |  |
| AP |  |  |  |  | $1,368.02 | $1,368.02 |
| AS |  |  |  |  |  |  |
| TOTALS |  |  |  |  | $1,368.02 | $1,368.02 |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".