IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CHICAGO NEWSPAPER LIQUIDATION CORP., *et al.*,[1] | ) Case No. 09-11092 (CSS) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Chad Corazza, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors in the within-captioned matter, and that on June 9, 2011, he caused a copy of the following document(s) to be served as indicated upon the parties identified on the attached Exhibit A service list:

**Order Extending the Debtors' Time to Object to Claims [D.I. 1416]**

_____
Chad Corazza

SWORN TO AND SUBSCRIBED before me this 10 day of June, 2011.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Chicago Newspaper Liquidation Corp. f/k/a Sun-Times Media Group, Inc. (8892); American Publishing (1991) LLC (9303); American Publishing Company LLC (5797); American Publishing Management Services, Inc. (7433); APAC-95 Oklahoma Holdings, Inc. (1123); CNLC-CSM, LLC f/k/a Centerstage Media, LLC (1160); Chicago Group Acquisition LLC (4250); CNLC-Features, Inc. f/k/a Chicago Sun-Times Features, Inc. (9928); CNLC-CST LLC f/k/a Chicago Sun-Times LLC (7749); CNLC-Digital, Inc. f/k/a Digital Chicago Inc. (0626); CNLC-Fox Valley LLC f/k/a Fox Valley Publications LLC (2434); HGP, Partnership (4292); HIPI (2002) Inc. (3946); Hollinger Australian Holdings Limited (3321); Hollinger International Publishing Inc. (0603); HTH Benholdco LLC (8274); HTH Holdings Inc. (8275); HTNM LLC (0714); HTPC Corporation (9332); LHAT Corporation (8117); Meridian Star, Inc. (3390); CNLC-Midwest, Inc. f/k/a Midwest Suburban Publishing, Inc (1455); Northern Miner U.S.A., Inc. (5174); Oklahoma Airplane LLC (1123); CNLC-Pioneer, Inc. f/k/a Pioneer Newspapers Inc. (0502); CNLC-Reach LLC f/k/a Reach Chicago LLC (4252); Sun Telemarketing LLC (8780); CNLC-Distribution Systems, Inc. f/k/a Sun-Times Distribution Systems, Inc. (9838); CNLC-PRD, Inc. f/k/a Sun-Times PRD Inc. (8118); TAHL (2002) Inc. (3945); The Johnstown Tribune Publishing Company (7927); CNLC-PT LLC f/k/a The Post-Tribune Company LLC (7370); The Red Streak Holdings Company (9358); CNLC-STC, Inc. f/k/a The Sun-Times Company (7751); XSTMHoldings LLC (9284). The location of the Debtors' corporate headquarters and service address for all Debtors is: 350 N. Orleans St., Floor 10-S, Chicago, IL 60654.                                         068197.1001

# **<u>EXHIBIT A</u>**

# 2002 SERVICE LIST
## Sun-Times
## 6/9/2011

Patti H. Bass, Esq.
Bass & Associates, P.C.
HSBC Bank Nevada, N.A.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712
(Counsel for HSBC Bank Nevada, N.A.)
*First Class Mail*

Scott E. Blakeley, Esq.
Blakeley & Blakeley LLP
2 Park Plaza, Suite 400
Irvine, CA 92614-8514
(Counsel for Catalyst Paper (USA) Inc.)
*First Class Mail*

Linda Boyle
tw telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
(Counsel for tw telecom inc.)
*First Class Mail*

Kevin P. Callahan
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
(U.S. Trustee)
*First Class Mail*

George S. Canellos
Regional Director
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281
(Securities & Exchange Commission)
*First Class Mail*

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Franciso, CA 94105-2130
(Counsel for Oracle USA, Inc. and Oracle Credit Corporation)
*First Class Mail*

J. Michael Debbeler, Esq
Cara R. Hurak, Esq.
Graydon Head & Ritchey LLP
1900 Fifth Third Center, 511 Walnut Street
Cincinnati, OH 45202
(Counsel for Fifth Third Bank)
*First Class Mail*

Pat Delzotti
Office of Chief Counsel, IRS
1 Newark Center, Suite 1500
Newark, NJ 07102
*First Class Mail*

Christine R. Etheridge
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
(Counsel for IKON Financial Services)
*First Class Mail*

Scot Freeman
National Accounts
Travelers
1 Tower Square - 5MN
Hartford, CT 06183-4044
(Counsel for Travelers)
*First Class Mail*

# 2002 SERVICE LIST

## 6/9/2011

Jan M. Geht
U.S. Department of Justice
Tax Division
P.O. Box 227
Washington, DC 20044
(Counsel for the United States)
*First Class Mail*

William A. Hazeltine, Esq.
Sullivan - Hazeltine - Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
(Counsel for Koestlin Property, L.P.)
*Hand Delivery*

James E. Huggett, Esq.
Margolis Edelstein
750 Shipyard Dr, Suite 102
Wilmington, DE 19801
(Counsel for Oracle)
*Hand Delivery*

Internal Revenue Service
Insolvency Section
2970 Market Street
PO Box 7346
Philadelphia, PA 19101-7346
*First Class Mail*

Susan E. Kaufman, Esq.
Cooch and Taylor, P.A.
1000 West Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19801
(Counsel for Chicago Newspaper Guild)
*Hand Delivery*

james W. Grudus
Law Group Counsel
AT&T Corp.
One AT&T Way, Rm. 3A218
Bedminster, NJ 07921
(Counsel for AT&T Corp.)
*First Class Mail*

Edward E. Herter
119 South Reuter Drive
Arlington Heights, IL 60005
*First Class Mail*

Cara R. Hurak
Graydon Head & Ritchey LLP
1900 Fifth Third Center; 511 Walnut Street
Cincinnati, OH 45202
(Counsel for Fifth Third Bank)
*First Class Mail*

Robert J. Katzenstein, Esq.
David A. Jenkins, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(Counsel for Conrad M. Black and Barbara Black)
*Hand Delivery*

Robert J. Keach, Esq
Jessica A. Lewis, Esq.
Bernstein Shur Sawyer & Nelson
100 Middle Street, East Tower
P.O. Box 1129
Portland, ME 04101
(Counsel for Alberta Newsprint Sales)
*First Class Mail*

# 2002 SERVICE LIST

## 6/9/2011

R. Bradley Koeppen
Douglas, Koeppen & Hurley
P.O. Box 209
Valparaiso, IN 46383
(Counsel for Strongbow Inn, Inc.)
*First Class Mail*

Stuart P. Krauskopf
Law Offices of Stuart P. Krauskopf, P.C.
414 North Orleans Street, Suite 210
Chicago, IL 60654
(Top 30 Creditor - Security Professionals, Inc.)
*First Class Mail*

Sharon L. Levine, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for Official Committee of Unsecured Creditors)
*First Class Mail*

James Linsey
Cohen Weiss and Simon LLP
330 West 42nd Street, 25th Floor
New York, NY 10036
(Counsel for Chicago Newspaper Guild)
*First Class Mail*

Garvan F. McDaniel, Esq
Bifferato Gentilotti LLC
800 N. King Street, First Floor
Wilmington, DE 19801
(Counsel for Graphic Promotions, Inc., Liberty Mutual)
*Hand Delivery*

Michelle McMahon, Esq
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
(Counsel for CWA/ITU Negotiated Pension Plan)
*First Class Mail*

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Pennsylvania Attorney General's Office
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
*First Class Mail*

Bruce S. Nathan, Esq
Scott Cargill, Esq.
Thomas A. Pitta, Esq.
Cassandra M. Porter, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for Official Committee of Unsecured Creditors)
*First Class Mail*

# 2002 SERVICE LIST

## 6/9/2011

C. Wayne Owen, Esq
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K. Street, NW
Washington, DC 20005-4026
(Counsel for Pension Benefit Guaranty Corp.)
*First Class Mail*

Kenneth A. Rosen, Esq
Sharon L. Levine, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for Official Committee of Unsecured Creditors)
*First Class Mail*

David A. Rosenzweig, Esq.
Mark C. Haut
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103
(Counsel for AT&T Corp.)
*First Class Mail*

Katrina Rumph
Recovery & Bankruptcy Group
IKON Office Solutions
3920 Arkwright Road, Suite 400
Macon, GA 31210
(Counsel for IKON Office Solutions)
*First Class Mail*

Secretary of State
Franchise Tax
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Securities & Exchange Commission
Attn: Christopher Cox
100 F Street, NE
Washington, DC 20549
*First Class Mail*

Securities and Exchange Commission
Securities and Exchange Commission
15th & Pennsylvania Ave., NW
Washington, DC 20020
*First Class Mail*

Christopher P. Simon, Esq.
Kevin Scott Mann, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
PO Box 1380
Wilmington, DE 19801
(Counsel for Official Committee of Unsecured Creditors)
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046
(U.S. Attorney's Office)
*Hand Delivery*

# 2002 SERVICE LIST

# 6/9/2011

Joseph Strohacker
9051 S. Austin Ave.
Oak Lawn, IL 60453
*First Class Mail*

Howard D. Sullivan
18 San Gabriel
Palm Coast, FL 32137
*First Class Mail*

Timothy W. Walsh, Esq
Camisha L. Simmons, Esq.
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020
(Counsel for Associated Press)
*First Class Mail*

Kellie Walters, Esq
The Law Practice of Kellie Walters
853 1/2 W. Agatite Ave., #2E
Chicago, IL 60640
(Counsel for Warren Posternack - Creditor)
*First Class Mail*

Craig A. Wolfe, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(Counsel For Delaware Trust N.A. (formerly Wachovia Trust Co.))
*First Class Mail*

Ron L. Woodman, Esq
The Chartwell Law Offices, LLP
970 Rittenhouse Road, Suite 300
Eagleville, PA 19403
(Counsel for Graphic Promotions, Inc.)
*First Class Mail*

Rafael X. Zahralddin-Aravena, Esquire
Shelley A. Kinsella, Esquire
Andrew G. Mirisis, Esquire
Elliott Greenleaf
1105 North Market Street, 17th Floor
Wilmington, DE 19801
(Counsel for Security Professionals, Inc. (SPI))
*Hand Delivery*