IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHICAGO NEWSPAPER | ) Case No. 09-11092 (CSS) |
| LIQUIDATION CORP., et al.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

**NOTICE OF (A) CONFIRMATION OF DEBTORS'
FIRST AMENDED PLAN OF LIQUIDATION PURSUANT
TO CHAPTER 11 OF THE BANKRUPTCY CODE; (B) EFFECTIVE
DATE UNDER THE PLAN; (C) ADMINISTRATIVE CLAIMS BAR DATE;
AND (D) DEADLINE FOR PROFESSIONALS TO FILE FINAL APPLICATIONS**

**PLEASE TAKE NOTICE** that on August 17, 2011, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Oder") confirming the Debtors' *First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code*, dated July 7, 2011 (as amended, supplemented or modified from time to time, the "Plan"),[2] thereby authorizing Chicago Newspaper Liquidation Corp. and its affiliated debtors (the "Debtors") to implement the Plan on the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that on October 1, 2011, the Effective Date under the Plan occurred. The Plan is now effective.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Plan are available free of charge on the internet site of the Debtors' notice and claims agent, Kurtzman

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Chicago Newspaper Liquidation Corp. f/k/a Sun-Times Media Group, Inc. (8892); American Publishing (1991) LLC (9303); American Publishing Company LLC (5797); American Publishing Management Services, Inc. (7433); APAC-95 Oklahoma Holdings, Inc. (1123); CNLC-CSM, LLC f/k/a Centerstage Media, LLC (1160); Chicago Group Acquisition LLC (4250); CNLC-Features, Inc. f/k/a Chicago Sun-Times Features, Inc. (9928); CNLC-CST LLC f/k/a Chicago Sun-Times LLC (7749); CNLC-Digital, Inc. f/k/a Digital Chicago Inc. (0626); CNLC-Fox Valley LLC f/k/a Fox Valley Publications LLC (2434); HGP, Partnership (4292); HIPI (2002) Inc. (3946); Hollinger Australian Holdings Limited (3321); Hollinger International Publishing Inc. (0603); HTH Benholdco LLC (8274); HTH Holdings Inc. (8275); HTNM LLC (0714); HTPC Corporation (9332); LHAT Corporation (8117); Meridian Star, Inc. (3390); CNLC-Midwest, Inc. f/k/a Midwest Suburban Publishing, Inc (1455); Northern Miner U.S.A., Inc. (5174); Oklahoma Airplane LLC (1123); CNLC-Pioneer, Inc. f/k/a Pioneer Newspapers Inc. (0502); CNLC-Reach LLC f/k/a Reach Chicago LLC (4252); Sun Telemarketing LLC (8780); CNLC-Distribution Systems, Inc. f/k/a Sun-Times Distribution Systems, Inc. (9838); CNLC-PRD, Inc. f/k/a Sun-Times PRD Inc. (8118); TAHL (2002) Inc. (3945); The Johnstown Tribune Publishing Company (7927); CNLC-PT LLC f/k/a The Post-Tribune Company LLC (7370); The Red Streak Holdings Company (9358); CNLC-STC, Inc. f/k/a The Sun-Times Company (7751); XSTMHoldings LLC (9284). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 350 N. Orleans St., Floor 10-S, Chicago, IL 60654.

[2] Unless otherwise defined in this notice, all capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Plan or the Confirmation Order, as applicable.

Carson Consultants LLC, at http://www.kccllc.net/CNLC or by accessing the Bankruptcy Court's website http://www.deb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

   **PLEASE TAKE FURTHER NOTICE** that, unless previously filed, requests for payment of Administrative Claims for obligations incurred by the Debtors between November 7, 2009 and August 17, 2011 must be filed and served on the Debtors or the Liquidating Trustee, as applicable, no later than October 31, 2011 (the Administrative Claims Bar Date) or be forever discharged.

   **PLEASE TAKE FURTHER NOTICE** that final applications of Professionals for service rendered prior to the Effective Date must be filed no later than October 31, 2011; *provided* that the Reorganized Debtors may pay retained Professionals or other entities in the ordinary course of business after the Effective Date.

   **PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors and any Holder of a Claim or Interest and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: October 3, 2011        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                  _____
                  Pauline K. Morgan (Bar No. 3650)
                  Edmon L. Morton (Bar No. 3856)
                  Sean M. Beach (Bar No. 4070)
                  Jaime N. Luton (Bar No. 4936)
                  1000 West Street, 17th Floor
                  Wilmington, Delaware 19801
                  Telephone: (302) 571–6600
                  Facsimile: (302) 571–1253

                  — and —

                  **KIRKLAND & ELLIS LLP**
                  James H.M. Sprayregen, P.C.
                  James A. Stempel
                  Sarah H. Seewer
                  300 North LaSalle Street
                  Chicago, Illinois 60654
                  Telephone: (312) 862–2000
                  Facsimile: (312) 862–2200

                  *Co-Counsel to the Debtors*