IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHICAGO NEWSPAPER LIQUIDATION CORP.,[1] | ) Case No. 09-11092 (CSS) |
| | ) |
| Liquidating Debtor. | ) |
| | ) Ref. Docket No. _____ |

## FINAL DECREE CLOSING THE
## LIQUIDATING DEBTOR'S CHAPTER 11 CASE

Upon the Motion (the "Motion") of the above-captioned debtor (the "Liquidating Debtor")[2] for entry of a final decree closing the Liquidating Debtor's chapter 11 case, all as more fully set forth in the Motion; and this Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best interests of the Liquidating Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Liquidating Debtor has provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the particular circumstances; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the

---

[1] The last four digits of Liquidating Debtor Chicago Newspaper Liquidation Corp. f/k/a Sun-Times Media Group, Inc.'s federal tax identification number is 8892 and its service address is: CNLC LT, c/o FTI — Boudreau, 1001 17th St. #1100, Denver, Colorado, 80202.

proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The chapter 11 case of the Liquidating Debtor is hereby closed as of the date of this Order; *provided, however,* that the Court may retain jurisdiction pursuant to Article IX of the Plan (Retention of Jurisdiction).

3. Entry of this final decree is without prejudice to the rights of the Liquidating Trust or any party in interest to seek to reopen the chapter 11 case of the Liquidating Debtor for cause.

4. Within 30 days of entry of this Order, the Liquidating Debtor shall (i) file with the Court and provide to the U.S. Trustee all outstanding post-confirmation reports and (ii) pay all fees due and payable pursuant to 28 U.S.C. § 1930.

5. The Liquidating Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. Subject to the performance of any obligations of KCC pursuant to this Order, KCC's services are terminated and KCC shall be deemed formally discharged as noticing and claims agent for the Liquidating Debtor without further order of this Court.

7. Pursuant to Local Rule 2002-1(f)(ix), within thirty (30) days of the date of this Order, KCC shall (i) forward to the Clerk of the Court an electronic version of all imaged claims; (ii) upload the creditor mailing list into CM/ECF; and (iii) docket a final claims register for this chapter 11 case. KCC shall further box and transport all original claims to the Philadelphia Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

---

[2] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. To the extent that this Order is inconsistent with any prior order or pleading with respect to the Motion, the terms of this Order shall govern.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: 11/4, 2016
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge